# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Seven Electronic Devices Previously Seized<br>and in the Custody of HSI, 275 Chestnut Street,<br>Suite 307, Manchester, NH 03101 | ) ) ) ) ) ) ) Case No. 1:24-mj- 144-01/07-AJ |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(1) | Transportation of child pornography |
| 18 USC 2252(a)(4)(B) | Possession of child pornography |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

/s/ Ronald Morin
*Applicant's signature*

Ronald Morin, Special Agent HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic conference *(specify reliable electronic means)*

Date: Jun 14, 2024

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*